# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNIFIED SYSTEM DIVISION, BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES DIVISION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**<br><br>**Petitioner,**<br><br>vs.<br><br>**UNION PACIFIC RAILROAD COMPANY,**<br><br>**Respondent.** | **8:23CV442**<br><br>**AMENDED ORDER** |

This matter comes before the Court on the Petitioner's Unopposed Motion for Extension of Time to File Cross Motions for Summary Judgment (Filing No. 23). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Petitioner's Unopposed Motion for Extension of Time to File Cross Motions for Summary Judgment (Filing No. 23) is granted, and the Order (Filing No. 20) amended as follows:

**IT IS ORDERED:**

1) This case will be resolved by cross-motions for summary judgment.

2) The cross-motions for summary judgment shall be filed on or before **March 13, 2024**. The brief responding to the opposing party's summary judgment motion shall be filed on or before **April 12, 2024**. The parties shall file any reply briefs on or before **April 29, 2024**.

Dated this 20th day of February, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge